31 So.2d 378

### WETZEL v. ADAMS.
### 6 Div. 413.

Court of Appeals of Alabama.
June 30, 1947.

Ed. Wetzel, pro se.

J. G. Adams, Jr., pro se.

HARWOOD, Judge.

Appellant sued appellee for libel. The case was tried by the court without a jury, and judgment was rendered in favor of the appellee (defendant below).

No assignment of error appears in the record. There is therefore, no basis for review by this court. Supreme Court Rule

No. 1, Title 7 Appendix, p. 1004, Code of Alabama 1940, and innumerable cases cited thereunder.

Affirmed.